IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GERALDINE DAVIS,<br><br>        Plaintiff,<br>v.<br><br>ENHANCED RECOVERY COMPANY LLC,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)   **Civil Action No.: 1:11-cv-01440-JGK**<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF PENDING SETTLEMENT

The Parties, through undersigned counsel, hereby submit this Notice of Pending Settlement and state that they have reached a settlement regarding this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal document with the Court.

Date: April 19, 2011

Respectfully submitted,

/s/ Allison Polesky
Allison Polesky, Esq.
Law Offices of Allison Polesky, P.C.
511 Avenue of the Americas, Suite 712
New York, NY 10011
Tel.: 866-479-9500
Fax.: 866-688-4300
consumerrightslawyer@gmail.com
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I certify that on this 19th day of April, 2011, a copy of the foregoing **NOTICE OF PENDING SETTLEMENT** was filed electronically in the ECF system and sent via email. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including Plaintiff's counsel as described below. Parties may access this filing through the Court's system.

/s/ Allison Polesky
Allison Polesky, Esq.
Law Offices of Allison Polesky, P.C.
511 Avenue of the Americas, Suite 712
New York, NY 10011
Tel.: 866-479-9500
Fax.: 866-688-4300
consumerrightslawyer@gmail.com
Attorney for Plaintiff


Cc: Ginny Walker, Esq.
Enhanced Recovery Company, LLC
gwalker@erccollections.com